UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

GARY LINDSEY,       )
        Plaintiff,       )
                       **)**

v.       )

                       )
FRANK J. BISIGNANO,       )
Commissioner of Social Security,       )
        Defendant.       )

# **JUDGMENT**

Case No. 4:24-CV-149-KS

**Decision by Court.**

      This action came before court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

 IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is affirmed.

This judgment filed and entered on March 16, 2026, with *electronic service* upon the following:

**Russell Bowling**
*Counsel for Plaintiff*

**Wanda Mason**
**Joanne Kernicky**
*Counsel for Defendant*

                                       **PETER A. MOORE, JR.**
                                       **CLERK, U.S. DISTRICT COURT**

DATE: <u>March 16, 2026</u>                /s/ *Shelia D. Foell*

                                   (By): Shelia D. Foell
                                   Deputy Clerk, U.S. District Court